## BUCYRUS (city) v STATE HEALTH DEPARTMENT

Ohio Supreme Court

No 21501. Decided Apr 24, 1929

Syllabus by ROBINSON, J

**STATE**

(540 P2) The provisions of **Article XVIII** of the **Constitution of Ohio** do not deprive the state of any sovereignty over municipalities in respect to sanitation for the promotion or preservation of the public health which it elects to exercise by general laws.

The holdings of this court in the case of **State Board of Health v. Greenville, 86 Ohio St., 1,** are as applicable to municipalities since the adoption of Article XVIII as they were before the adoption of that article, and will be adhered to.

The report of an investigation required by **Section 1249, General Code,** is competent evidence at a hearing provided for in **Section 1250, General Code,** but is not conclusive, and the persons securing the data and compiling the report are subject to cross-examination and impeachment.

Marshall, CJ, Kinkade, Jones, Matthias, Day and Allen, JJ, concur.

## HAAS v JENNINGS
## HAAS v LaPENAS
## HAAS v MURPHY

Ohio Supreme Court

Nos 21371-3-4. Decided Apr 24, 1929

Syllabus by ROBINSON, J.

**CONTEMPT OF COURT**

(145) An executive officer has only such power to punish for contempt as has been expressly conferred upon him by legislative act or by constitutional or charter provision.

**COURTS**

(180 M2) A charter provision that confers upon the mayor the "power to cause the witness to be punished as for contempt", without defining the mode or extent of the punishment, is not self-executing.

The provisions of **Sections 3515-37** and **3515-59, General Code,** are not effective to invest the mayor of a municipality with a power to punish for contempt, for the reason that they do not define the extent of the punishment.

Kinkade, Jones, Matthias, Day and Allen, JJ, concur.